**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Ave.**
**Suite 215**
**Sacramento, CA  95825**
**Telephone:    (916) 974-3500**
**Facsimile:     (916) 927-2009**

Attorney for Defendant
JACK MICHAEL ALVES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: CR S-02-0415 WBS |
| Plaintiff(s), ) | |
| vs. ) | EX PARTE APPLICATION AND ~~PROPOSED~~ ORDER REGARDING RELEASE OF PASSPORT |
| JACK MICHAEL ALVES, ) | |
| Defendant. ) | |

On February 25, 2004, the defendant in the above-referenced case, Jack Michael Alves was sentenced to a term of 36 months of probation, a fine of $2000 and a special assessment of $100.  The defendant has successfully completed his term of probation and has paid his fine and penalty assessment.

As a condition of release defendant was required to surrender his passport to the clerk of the court and the receipt for said passport is listed as item 8 on the docket in the above-referenced case. The defendant has attempted recently to obtain his passport from the court's

-1-

EXPARTE APPLICATION AND ORDER                                    CASE NO. CR S-02-0415 WBS

PDF created with pdfFactory trial version www.pdffactory.com

office and was advised that he needed a court order; accordingly, it is respectfully requested that the court sign this proposed order, ordering the release of the defendant's passport.

Respectfully submitted,

*/s/ Donald H. Heller*

DONALD H. HELLER
DONALD H. HELLER,
A Law Corporation
Attorney for Defendant
JACK MICHAEL ALVES

## ORDER

**IT IS SO ORDERED** that Defendant JACK MICHAEL ALVES' passport be released by the Clerk's Office to the defendant JACK MICHAEL ALVES.

Dated:  August 23, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

H:\Active Cases\Alves\order re passport.doc

-2-

EXPARTE APPLICATION AND ORDER                              CASE NO. CR S-02-0415 WBS

PDF created with pdfFactory trial version www.pdffactory.com